UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

**FLYING CROCODILE, INC., a Washington corporation,**

**Plaintiff,**

**and**

**JAY BLOOM dba PREFERRED EQUIPMENT LEASING & FINANCE,**

**Plaintiff-Intervenor,**

**v.**

**NORTHLAND FINANCIAL GROUP, INC., a Minnesota corporation,**

**Defendant.**

**Civil No. 01-1364 MJD/JGL**

---

**ORDER**

This matter is before the Court on the motion of Jay Bloom, doing business as Preferred Equipment Leasing & Finance, to intervene as a plaintiff in this case.

Based on the motion and all of the files, records, and proceedings in this case,

IT IS ORDERED that:

1. The motion of Jay Bloom to intervene as a plaintiff in this case is granted; and

2. The Clerk of Court shall accept for filing Plaintiff-Intervenor's Complaint.

3. The case caption shall be amended as indicated.



NOV 0 2 [illegible]
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: November 2, 2001

Jonathan G. Lebedoff
U.S. Magistrate Judge

No ~~[illegible]~~ opposition to mo. JN.