UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1364 MJD/JGL

Flying Crocodile, Inc.,

Plaintiff,

and

Jay Bloom, d.b.a. Preferred
Equipment Leasing & Finance,

Plaintiff-Intervener,

v.

**PRETRIAL ORDER**

Northland Financial Group, Inc.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is 1 day;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to December 1, 2001;

3. The period during which the parties may seek discovery shall be completed by February 1,2002;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to March 1, 2002;

5. Until further noticc, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to June 1, 2002; and

6. This case will be considered "ready for trial" as of June 1, 2002.

DATED: November 2, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed NOV 02 2001
Richard D. Sletten, Clerk
Judgment Entd.________
Deputy Clerk________