UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Flying Crocodile, Inc., a Washington corporation

Plaintiff,

vs.

Northland Financial Group, Inc., a Minnesota corporation,

Defendants.

Case No. 01-1364 MJD/JGL

**STIPULATION AND MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 29, Plaintiff Flying Crocodile, Inc. ("FCI") and Defendant Northland Financial Group, Inc. ("NFG") hereby stipulate and move to extend the dates contained in the Court's Pretrial Order, dated November 2, 2001. As grounds for the motion, the parties state that they have reached a tentative settlement in this matter, and need additional time to draft a final settlement document. Therefore, the parties request that all dates contained in the Pretrial Order be extended by a period of twenty one days from the date of this stipulation, November 13, 2001.

Respectfully submitted,

Charles N. Nauen (#121216)
Harry E. Gallaher (#202083)
Martin A. Carlson (#0299650)
Lockridge Grindal Nauen, PLLP
100 Washington Ave. S.
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900

**ATTORNEYS FOR PLAINTIFF FLYING CROCODILE, INC.**

William C. Marceau, CEO
Northland Financial Group, Inc.
5400 Opportunity Court
Suite 150
Minnetonka, MN 55343
Tel: (952) 979-1580

FILED NOV 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

296721-1

IT IS SO ORDERED this 14 day of Nov, 2001.

Honorable Jonathan G. Lebedoff
United States Magistrate Judge