UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Flying Crocodile, Inc.,
a Washington corporation

Plaintiff,

vs.

Northland Financial Group,
Inc., a Minnesota corporation,

Defendants.

Case No. 01-1364 MJD/JGL

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

WHEREAS, Flying Crocodile, Inc. ("FCI") commenced the above-captioned action against Northland Financial Group ("NFG") on July 26, 2001;

WHEREAS, NFG asserted a counterclaim against FCI on August 13, 2001; and,

WHEREAS, the Parties have determined that it is desirable and beneficial for them to settle, compromise and resolve each and all of their disputes with one another, actual and potential, as well as this action.

NOW, THEREFORE, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Parties hereby stipulate that this action and all claims that were or could have been asserted therein shall be and hereby are dismissed with prejudice and on the merits, without costs, disbursements, or attorneys' fees to any party.



FILED JAN 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: ______________

FLYING CROCODILE, INC.

By: ______________

Its: ______________

Dated: 1/25/02

NORTHLAND FINANCIAL GROUP, INC.

By: [signature]

Its: Pres.

Dated: 1/28/02

FLYING CROCODILE, INC.

By: [signature]

Its: CFO

Dated: ____________

NORTHLAND FINANCIAL GROUP, INC.

By: ____________________________

Its: ____________________________

Dated: January 30, 2001

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: ______________________________
Charles N. Nauen, #121216
Harry E. Gallaher, #202083
Martin A. Carlson, #0299650
100 Washington Avenue South
Suite 2200
Minneapolis, Minnesota 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

**ATTORNEYS FOR PLAINTIFF.**

Flying Crocodile, Inc. v. Northland Financial Group, Inc., Civil No.: 01-1364 (MJD/JGL)

* * *

**ORDER**

UPON THE FOREGOING STIPULATION, IT IS HEREBY ORDERED that this action is dismissed with prejudice and on the merits, each party to bear his or her own costs, disbursements and attorney's fees.

Dated: 1-31, 2002

Michael J. Davis

United States District Court Judge