**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

**FLYING CROCODILE, INC.,**
**a Washington corporation,**

**Plaintiff,**

**and**

**JAY BLOOM dba PREFERRED EQUIPMENT LEASING & FINANCE,**

**Plaintiff-Intervenor,**

**v.**

**NORTHLAND FINANCIAL GROUP, INC., a Minnesota corporation,**

**Defendant.**

**Civil No. 01-1364 MJD/JGL**

---

Amended

**[redacted] ORDER**

On January 31, 2002, based on a stipulation between plaintiff and defendant, the Court issued an Order for Dismissal with Prejudice in this matter. It was neither the parties' intention nor the Court's intention to dismiss the claims of plaintiff-intervenor against defendant which have not been settled. So that there can be no dispute in this regard,

IT IS ORDERED that the Order for Dismissal with Prejudice of January 31, 2002, be and hereby is amended to exclude all claims by plaintiff-intervenor.

FILED FEB - 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: February 1, 2002

The Hon. Michael J. Davis
U.S. District Court Judge