RECEIVED
APR 19 2002
MJD CHAMBERS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

**FLYING CROCODILE, INC.,**
**a Washington corporation,**

**Plaintiff,**

**and**

**JAY BLOOM dba PREFERRED EQUIPMENT LEASING & FINANCE,**

**Plaintiff-Intervenor,**

**v.**

**NORTHLAND FINANCIAL GROUP, INC., a Minnesota corporation,**

**Defendant.**

**Civil No. 01-1364 MJD/JGL**

---

# REPORT AND RECOMMENDATION

This matter came before the undersigned Magistrate Judge on Wednesday, April 17, 2002, on plaintiff-intervenor's motion for a default judgment.

This Magistrate Judge finds and reports that William Marceau, CEO of Northland Financial Group, Inc., who has appeared on behalf of the defendant, knowingly and intentionally: (1) failed to respond to plaintiff-intervenor's document requests of January 3, 2001; (2) failed to appear for a duly-noticed deposition and made a disingenuous excuse for his failure; and (3) failed to be available for a duly-noticed discovery

FILED APR 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

conference call hearing with the Court. This Magistrate Judge further finds and report that defendant is responsible for $1,000 of plaintiff-intervenor's attorney's time.

Given this pattern of sanctionable conduct, this Magistrate Judge recommends that plaintiff-intevenor's motion be granted as follows:

1. Subject to paragraph 2, judgment shall be entered thirty days after the date hereof, in favor of plaintiff-intervenor against defendant in the amount requested in the Complaint in Intervention of $23,985.33, plus interest from October 18, 2001, plus costs as allowed by law, plus attorney's fees in the amount of $1,000; and that

2. Judgment shall not be entered after thirty days after the date hereof only if, before that date, defendant fully and completely satisfies each of three conditions: (a) defendant produces, without objection and at a location convenient for plaintiff-intervenor's attorney, all documents requested by plaintiff-intervenor; (b) William Marceau is deposed on a date and at a place and time convenient for plaintiff-intervenor's attorney; and (c) before the date of the deposition, defendant pays plaintiff-intervenor's attorney, by cashier or certified check made payable to "Lillehaug Law Office," the sum of $1,000 as and for attorney's fees.

Dated: April 15, 2002

Jonathan G. Lebedoff
United States Magistrate Judge

ORDER

REPORT AND RECOMMENDATION
ACCEPTED AND ADOPTED.

Michael J. Davis
United States District Court Judge
April 17, 2002