**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

**FLYING CROCODILE, INC.,**
**a Washington corporation,**

**Plaintiff,**

**and**

**JAY BLOOM dba PREFERRED EQUIPMENT LEASING & FINANCE,**

**Plaintiff-Intervenor,**

**v.**

**NORTHLAND FINANCIAL GROUP, INC., a Minnesota corporation,**

**Defendant.**

**Civil No. 01-1364 MJD/JGL**

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

A settlement having been reached between plaintiff-intervenor Jay Bloom dba Preferred Equipment Leasing & Finance and defendant Northland Financial Group, Inc., all claims and counterclaims asserted or which could have been asserted herein, including the Complaint in Intervention, be and hereby are dismissed with prejudice and without costs to any party.

JUN 1 8
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT
DEPUTY

Dated: May 29, 2002

David L. Lillehaug (#63186)
Lillehaug Law Office
1515 One Financial Plaza
Minneapolis, MN 55402
612-339-7566
ATTORNEY FOR
PLAINTIFF-INTERVENOR

Dated: May 20, 2002

Joseph W. Dicker (#158264)
1406 Lake Street, Suite 208
Minneapolis, MN 55408
612-827-5941
ATTORNEY FOR DEFENDANT

APPROVED AND SO ORDERED
on this 17th day of ~~May,~~ June 2002.

Michael J. Davis
Judge of U.S. District Court

Flying Crocodile, Inc. and Jay Bloom v. Northland Financial, Civil No.: 01-1364 (MJD/JGL)